MARK A. KLAASSEN
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

MICHAEL J. ROESSNER (DC Bar# 501875)
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>         v.<br><br>BRUCE A. HAUPTMAN and GRAND TETON CAPITAL MANAGEMENT, LLC,<br><br>         Defendants. | No. 19-cv-131-NDF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff Securities and Exchange Commission, hereby gives notice that the above-captioned action is voluntarily

dismissed, without prejudice against the defendants Bruce A. Hauptman and Grand Teton Capital Management, LLC.

Dated:  July 26, 2019

BY: /s/MICHAEL J. ROESSNER
MICHAEL J. ROESSNER (DC Bar No. 501875)
Assistant Chief Litigation Counsel
Division of Enforcement
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5985
Washington, DC 20549-0022
RoessnerM@SEC.gov
Telephone:   202.551.4347
Facsimile:   703.813.9366
Attorney for Plaintiff/Judgment Creditor
United States Securities and Exchange Commission
Appearing *Pro Hace Vice*

MARK A. KLAASSEN
United States Attorney

BY: /s/Nicholas Vassallo
NICHOLAS VASSALLO (WY Bar No. 5-2443)
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov